S. A. Glover, plaintiff in error, v. Cosmopolitan Life Insurance Company, defendant in error. Gen. No. 36,521.

Opinion filed April 10, 1933. Rehearing denied and opinion slightly modified April 24, 1933.

Schofield & Wood, for plaintiff in error; Frank Schofield and David H. Kraft, of counsel. A. F. W. Siebel, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.